ceeding by the People of the State of New York against John Franzone.

PER CURIAM. Judgment of conviction of the County Court of Kings County affirmed.

JENKS, P. J., and STAPLETON, J., dissent.

PEOPLE, Respondent, v. GRUTZ, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York against George Grutz. R. H. Elder, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 158 App. Div. 918, 143 N. Y. Supp. 1135.

PEOPLE v. HARRELL. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Proceeding by the People of the State of New York against Benjamin D. Harrell. No opinion. Time extended to March 10, 1914.

PEOPLE, Respondents, v. HENDERSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Proceeding by the People of the State of New York against Charles Henderson. No opinion. Appeal dismissed, by default. See, also, 145 N. Y. Supp. 1137.

PEOPLE, Respondent, v. HOELDERLIN, Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Proceeding by the People of the State of New York against William Hoelderlin.

PER CURIAM. Judgment of conviction of the Court of Special Sessions affirmed. When this defendant was held for trial, under a commitment, the essential question presented by this appeal was submitted for determination to the Special Term of this court. The opinion written by Mr. Justice Blackmar (People ex rel. Hoelderlin v. Kane, 79 Misc. Rep. 140, 139 N. Y. Supp. 350) exactly expresses our views of the validity of this statute.

PEOPLE v. HOGAN. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against John J Hogan. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. HOSMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Proceeding by the People of the State of New York against Lee Hosmer. No opinion. Appeal dismissed, upon stipulation filed.

PEOPLE, Respondent, v. LA PRAIRIE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Proceeding by the People of the State of New York against Harry La Prairie and others. No opinion. Motion granted.

PEOPLE, Respondent, v. MANGHAVITA, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Proceeding by the People of the State of New York against Giovanni Manghavita.

PER CURIAM. Judgment of conviction of the County Court of Kings County affirmed. See, also, 158 App. Div. 940, 143 N. Y. Supp. 1136.

STAPLETON, J., dissents.

PEOPLE, Respondent, v. MARCHIOLO, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York against John R. Marchiolo. C. F. Kinsley, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Proceeding by the People of the State of New York against Frieda Martin. C. H. McCarty, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York against Fred W. Martin alias Frank Martin. C. G. F. Wahle, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. RICHARDSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Proceeding by the People of the State of New York against Alfred Richardson. No opinion. Motion to dismiss appeal granted, upon the ground that the answering affidavits do not show any merits.

PEOPLE, Respondent, v. RIESENBERGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against Emil Riesenberger. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Proceeding by the People of the State of New York against Thomas F. Robinson. R. H. Elder, of New York City, for appellant. R. C. Taylor, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.